# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Barzilay, Judith M. | 2. Court or Organization<br><br>US Court of International Trade | 3. Date of Report<br><br>08/13/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Article III Judge (Senior) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2014<br>to<br>12/31/2014 |

| 7. Chambers or Office Address<br><br>US Court of International Trade<br>One Federal Plaza<br>New York, NY 10278 |
|---|

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Partner | Morgenstern Oil Operations |
| 2. Trustee | Trust #1 |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barzilay, Judith M. | 08/13/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2014 | William & Mary Law School; teaching income | $25,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2014 | American Broadcast Company Pension |
| 2. | 2014 | Depository Trust Company pension |
| 3. | 2014 | Pensioen and Utikeringsraad (Dutch soc sec & statutory compensation to persecution victims 1940-45) |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barzilay, Judith M. | 08/13/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barzilay, Judith M. | 08/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. TIAA Retirement Annuity | B | Interest | M | T | | | | | |
| 2. Hudson City Savings Bank (cash) | B | Interest | | | Closed | 03/01/14 | N | | |
| 3. GNMA Fund Admiral Shares (X) | A | Dividend | K | T | | | | | |
| 4. IRA #1 (H) | | | | | | | | | |
| 5. Dreyfus Gov't Prime Inv Sh | A | Int./Div. | J | T | Sold (part) | 01/28/14 | J | | |
| 6. | | | | | Buy (add'l) | 01/31/14 | J | | |
| 7. | | | | | Buy (add'l) | 02/14/14 | J | | |
| 8. | | | | | Sold (part) | 02/18/14 | J | | |
| 9. | | | | | Buy (add'l) | 11/21/14 | J | | |
| 10. | | | | | Sold (part) | 11/24/14 | J | | |
| 11. American Century Value Fund (TWVLX) | A | Dividend | K | T | Sold (part) | 01/27/14 | J | C | |
| 12. AQR Managed Futures Strategy Fund (AQMIX) | | None | K | T | Buy | 01/27/14 | J | | |
| 13. | | | | | Buy (add'l) | 01/29/14 | J | | |
| 14. Artisan Mid-Cap Value Fund (ARTQX) | C | Distribution | K | T | Buy (add'l) | 02/12/14 | J | | |
| 15. | | | | | Buy (add'l) | 11/21/14 | J | | |
| 16. Ashton River Road Small Cap Value Fund (ARSIX) | A | Dividend | J | T | Buy | 01/06/14 | J | | |
| 17. Buffalo High Yield Fund (BUFHX) | A | Dividend | K | T | Buy (add'l) | 11/07/14 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barzilay, Judith M. | 08/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Cohen & Steers Realty Income Fund (CSEIX) | A | Dividend | J | T | | | | | |
| 19. Delaware Diversified Income Fund (DPFFX) | A | Dividend | J | T | Sold (part) | 01/27/14 | J | | |
| 20. Diamond Hill Long Short Fund (DIAMX) | A | Dividend | K | T | Buy (add'l) | 02/12/14 | J | | |
| 21. Europacific Growth Fund Class F-2 (AEPFX) | A | Dividend | K | T | Sold (part) | 02/12/14 | J | B | |
| 22. Harding Loevner Institutional Emerging Markets (HLMEX) | A | Dividend | K | T | Buy (add'l) | 01/29/14 | J | | |
| 23. Jensen Quality Growth Fund Class I (JENIX) | A | Dividend | K | T | Sold (part) | 11/07/14 | J | A | |
| 24. Lord Abbett Small Cap Value Fund (LRSFX) | | None | | | Sold | 01/06/14 | J | B | |
| 25. MFS International New Discovery Fund (MWNIX) | A | Dividend | J | T | Buy | 01/06/14 | J | | |
| 26. Nationwide Geneva Mid Cap Growth Fund (NWHYX) | | None | K | T | Buy (add'l) | 11/07/14 | J | | |
| 27. Pimco Emerging Local Bond Fund (PLBDX) | B | Dividend | K | T | Buy (add'l) | 01/27/14 | J | | |
| 28. Third Avenue International Value Fund (TAVIX) | | None | | | Sold | 01/06/14 | J | B | |
| 29. Ishares TR Tips Bd ETF (TIP) | A | Dividend | K | T | Sold (part) | 01/27/14 | J | | |
| 30. Vanguard Bd Index Fd Inc Short Term Bd (BSV) | A | Dividend | J | T | | | | | |
| 31. Estate #1 (H) | | | | | | | | | |
| 32. Betz (Royalty Interest): Ness County, KS | | None | | | Distributed | 04/01/14 | J | | |
| 33. Beyer (Royalty Interest): Canadian County, OK (Y) | | | | | | | | | |
| 34. Blank (Royalty Interest): Rooks County, KS | | None | | | Distributed | 04/01/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barzilay, Judith M. | 08/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Brungardt (Royalty Interest): Graham County, KS | | None | | | Distributed | 04/01/14 | J | | |
| 36. Davis (Royalty Interest): Butler County, KS (Y) | | | | | | | | | |
| 37. Denher (Royalty Interest): Rush County, KS | | None | | | Distributed | 04/01/14 | J | | |
| 38. Deniston (Royalty Interest): Pratt County, KS | | None | | | Distributed | 04/01/14 | J | | |
| 39. Draybek (Royalty Interest): Oklahoma County, OK (Y) | | | | | | | | | |
| 40. Egger (Royalty Interest): Ellis County, KS | | None | | | Distributed | 04/01/14 | J | | |
| 41. Galumet - Wilson (Royalty Interest): Canadian County, OK (Y) | | | | | | | | | |
| 42. George Russell (Royalty Interest): Canadian County, OK (Y) | | | | | | | | | |
| 43. Goad 1-21 (Working Interest): Grady & Canadian Counties, OK | | None | | | Distributed | 04/01/14 | J | | |
| 44. Goad 2-21 (Working Interest): Grady & Canadian Counties, OK (Y) | | | | | | | | | |
| 45. Goodman K. (Royalty Interest): Canadian County, OK (Y) | | | | | | | | | |
| 46. Henry J. (Working Interest): Canadian County, OK | | None | | | Distributed | 04/01/14 | J | | |
| 47. Keller "A" - Kay (Royalty Interest): Stafford County, KS (Y) | | | | | | | | | |
| 48. Keller "P" (Royalty Interest): Rooks County, KS | | None | | | Distributed | 04/01/14 | J | | |
| 49. King (Royalty Interest): Oklahoma County, OK (Y) | | | | | | | | | |
| 50. Laton - Gamble-Blank (Royalty Interest): Rooks County, KS | | None | | | Distributed | 04/01/14 | J | | |
| 51. Maruska (Royalty Interest): Oklahoma County, OK (Y) | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barzilay, Judith M. | 08/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Maxey 1-6 (Royalty Interest): Canadian County, OK (Y) | | | | | | | | | |
| 53. Mc Fadden (Royalty Interest): Rooks County, KS (Y) | | | | | | | | | |
| 54. Mickie Ann (Royalty Interest): Canadian County, OK (Y) | | | | | | | | | |
| 55. Munzny (Royalty Interest): Cleveland County, OK (Y) | | | | | | | | | |
| 56. Nelson (Royalty Interest): Hodgeman County, KS | None | | | | Distributed | 04/01/14 | J | | |
| 57. Osborne (Royalty Interest): Oklahoma County, OK (Y) | | | | | | | | | |
| 58. Pekarik (Royalty Interest): Ellsworth County, KS | None | | | | Distributed | 04/01/14 | J | | |
| 59. Prescott (Royalty Interest): Stafford County, KS | None | | | | Distributed | 04/01/14 | J | | |
| 60. Reinauer 1 (Royalty Interest): Canadian County, OK | None | | | | Distributed | 04/01/14 | J | | |
| 61. Springer (Royalty Interest): Canadian County, OK | None | | | | Distributed | 04/01/14 | J | | |
| 62. Tate 1-11 (Royalty Interest): Canadian County, OK (Y) | | | | | | | | | |
| 63. Thomason (Royalty Interest): Oklahoma County, OK (Y) | | | | | | | | | |
| 64. Tinsely (Royalty Interest); Oklahoma County, OK (Y) | | | | | | | | | |
| 65. Welsch (Royalty Interest); Edwards County, KS | None | | | | Distributed | 04/01/14 | J | | |
| 66. Wess (Royalty Interest); Barton County, KS | None | | | | Distributed | 04/01/14 | J | | |
| 67. Trust #1 (H) | | | | | | | | | |
| 68. TIAA-CREF Liquid Asset Sweep Account (cash) (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barzilay, Judith M. | 08/13/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. AQR Managed Futures Strategy Fund (AQMIX) | B | Dividend | K | T | Buy | 01/27/14 | J | | |
| 70. Bernstein Diversified Mutual Fund (SNDPX) | A | Dividend | K | T | | | | | |
| 71. Diamond Hill Long Short Fund (DIAMX) | A | Dividend | K | T | | | | | |
| 72. Franklin High Yield Tax Free Income Fund (FHYVX) | B | Dividend | K | T | | | | | |
| 73. Nuveen Virginia Municipal Bond Fund (FVATX) | A | Dividend | K | T | | | | | |
| 74. Pimco Emerging Local Bond Fund (PLBDX) | A | Dividend | J | T | Buy (add'l) | 02/28/14 | J | | |
| 75. TIAA CREF Emerging Markets Equity Fund (TEQLX) | A | Dividend | K | T | | | | | |
| 76. Ishares Tr Russell Mid-Cap Value ETF (IWS) | A | Dividend | K | T | | | | | |
| 77. Ishares Tr Russell Mid-Cap ETF (IWR) | A | Dividend | K | T | | | | | |
| 78. Ishares Tr Russell 1000 Value ETF (IWD) | A | Dividend | K | T | | | | | |
| 79. Ishares Tr Russell 1000 Growth ETF (IWF) | A | Dividend | K | T | Sold (part) | 02/28/14 | J | B | |
| 80. Ishares Tr Russell 2000 ETF (IWM) | A | Dividend | J | T | | | | | |
| 81. Ishares Tr Msci Eafe Small Cap ETF (SCZ) | A | Dividend | J | T | | | | | |
| 82. Spdr IndexShs Fds Msci Acwi Ex-US ETF (CWI) | A | Dividend | J | T | | | | | |
| 83. Spdr Ser Tr Dow Jones Reit ETF (RWR) | A | Dividend | J | T | | | | | |
| 84. IRA #2 (H) | | | | | | | | | |
| 85. Dreyfus Gov't Prime Inv Sh (X) | A | Int./Div. | J | T | Sold | 01/07/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barzilay, Judith M. | 08/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy | 01/10/14 | J | | |
| 87. | | | | | Sold (part) | 01/29/14 | J | | |
| 88. | | | | | Buy (add'l) | 12/16/14 | J | | |
| 89. | | | | | Sold (part) | 12/19/14 | J | | |
| 90. AQR Managed Futures Strategy Fund (AQMIX) | | None | J | T | Buy | 01/27/14 | J | | |
| 91. Diamond Hill Long Short Fund (DIAMX) | A | Dividend | J | T | | | | | |
| 92. Pimco Emerging Local Bond Fund (PLBDX) | A | Dividend | J | T | | | | | |
| 93. TIAA-CREF International Equity Index Fund (TCIEX) | A | Dividend | J | T | | | | | |
| 94. TIAA-CREF Small Cap Blend Index Fund (TISBX) | A | Dividend | J | T | | | | | |
| 95. TIAA-CREF Large Cap Value Index Fund (TILVX) | A | Dividend | J | T | Sold (part) | 01/06/14 | J | A | |
| 96. | | | | | Sold (part) | 01/07/14 | J | A | |
| 97. TIAA-CREF Large Cap Growth Index Fund (TILIX) | A | Dividend | J | T | | | | | |
| 98. TIAA-CREF Bond Index Fund (TBIIX) | A | Dividend | J | T | | | | | |
| 99. Ishares Tr Tips Bd ETF (TIP) | A | Dividend | J | T | | | | | |
| 100. Ishares Tr Russell Mid Cap Value ETF (IWS) | A | Dividend | J | T | | | | | |
| 101. Ishares Tr Russell Mid Cap ETF (IWR) | A | Dividend | J | T | Buy (add'l) | 01/28/14 | J | | |
| 102. Ishares Tr IBOXX $ High Yield Corp Bd (HYG) | A | Dividend | J | T | Buy (add'l) | 12/19/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barzilay, Judith M. | 08/13/2015 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Spdr Ser Tr Dow Jones Reit ETF (RWR) | A | Dividend | J | T | | | | | |
| 104. Vanguard Bd Index Fd Inc Short Term Bd (BSV) | A | Dividend | J | T | Sold (part) | 01/27/14 | J | | |
| 105. Morgenstern Oil Operations (H) (X) | | | | | | | | | |
| 106. Betz (Royalty Interest): Ness County, KS (X) | A | Royalty | J | Q | | | | | |
| 107. Blank (Royalty Interest): Rooks County, KS (X) | A | Royalty | J | Q | | | | | |
| 108. Brungardt (Royalty Interest): Graham County, KS (X) | A | Royalty | J | Q | | | | | |
| 109. Denher (Royalty Interest): Rush County, KS (X) | A | Royalty | J | Q | | | | | |
| 110. Deniston (Royalty Interest): Pratt County, KS (X) | B | Royalty | J | Q | | | | | |
| 111. Egger (Royalty Interest): Ellis County, KS (X) | C | Royalty | J | Q | | | | | |
| 112. Goad 1-21 (Working Interest): Grady & Canadian Counties, OK (X) | A | Royalty | J | Q | | | | | |
| 113. Henry J. (Working Interest): Canadian County, OK (X) | A | Royalty | J | Q | | | | | |
| 114. Keller "P" (Royalty Interest): Rooks County, KS (X) | A | Royalty | J | Q | | | | | |
| 115. Laton - Gamble-Blank (Royalty Interest): Rooks County, KS (X) | A | Royalty | J | Q | | | | | |
| 116. Nelson (Royalty Interest): Hodgeman County, KS (X) | B | Royalty | J | Q | | | | | |
| 117. Pekarik (Royalty Interest): Ellsworth County, KS (X) | A | Royalty | J | Q | | | | | |
| 118. Prescott (Royalty Interest): Stafford County, KS (X) | A | Royalty | J | Q | | | | | |
| 119. Reinauer 1 (Royalty Interest): Canadian County, OK (X) | A | Royalty | J | Q | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barzilay, Judith M. | 08/13/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Springer (Royalty Interest): Canadian County, OK (X) | A | Royalty | J | Q | | | | | |
| 121. Welsch (Royalty Interest); Edwards County, KS (X) | A | Royalty | J | Q | | | | | |
| 122. Wess (Royalty Interest); Barton County, KS (X) | C | Royalty | K | Q | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I, line 2:  All reportable assets of Trust #1 are included in Part VII.

Part III-A., line 1: Teaching income was received September 2014 through December 2014.

Part VII, line 3: This asset was inadvertently omitted from my prior report.

Part VII, lines 14, 18, 30, 69, 70, 72, 73, 90, 93-95, 97, 98, and 104: Reportable income also includes distributions.

Part VII, lines 32, 34, 35, 37, 38, 40, 43, 46, 48, 50, 56, 58-61, 65, and 66: These assets were distributed from Estate #1 to Morgenstern Oil Operations.  Income for these assets is reported on lines 106-122, respectively.

Part VII, line 105: The filer's personal share of Morgenstern Oil Operations is 25%.

Part VII, lines 106-122: The appraisal date was 1/25/13.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Judith M. Barzilay**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544